James T. Tucker, Esq.
Nevada Bar No. 0012507
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
jtucker@armstrongteasdale.com
*Attorneys for Defendant Papillon*
*Airways, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAN JOHNSON, an individual,<br><br>             Plaintiff,<br><br>       vs.<br><br>PAPILLON AIRWAYS, INC., d/b/a PAPILLON GRAND CANYON HELICOPTERS, an Arizona Corporation,<br><br>             Defendants. | CASE NO:   2:15-cv-01261-LDG-PAL<br><br>**STIPULATED NOTICE OF SETTLEMENT** |

Defendant PAPILLON AIRWAYS, INC., d/b/a PAPILLON GRAND CANYON HELICOPTERS and Plaintiff DAN JOHNSON, by and through their respective counsel of record, hereby notify the Court that they have settled all claims in this case, subject to execution of a confidential written settlement agreement memorializing the settlement terms.

Based upon the foregoing, the Parties respectfully request that the Court enter the following Order:

1.      All pending deadlines, including the deadline for Plaintiff to file his response in opposition to Defendant's Motion for Summary Judgment (ECF No. 22), are VACATED and HELD IN ABEYANCE pending the Parties' execution of a confidential written settlement agreement memorializing the settlement terms.

2.      A status conference is scheduled for this matter on <u>Monday, October 17, 2016 at 10:00 a.m.</u>, approximately 45 days from the date of this Stipulation, for an update on the Parties' settlement.

/ / /

/ / /

3.     The status conference shall be vacated if Plaintiff files a Stipulated Notice of Dismissal with Prejudice at least one Court day prior to the status conference.

DATED this 26th day of August, 2016.

**ARMSTRONG TEASDALE LLP**

By: /s/ James Thomas Tucker
    JAMES THOMAS TUCKER, ESQ.
    Nevada Bar No. 0012507
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169

*Attorneys for Defendant Papillon Airways, Inc.*

DATED this 26th day of August, 2016.

**LAW OFFICES OF MICHAEL P. BALABAN**

By: /s/ Michael P. Balaban
    MICHAEL P. BALABAN, ESQ.
    Nevada Bar No. 9370
    10726 Del Rudini Street
    Las Vegas, Nevada 89141

*Attorney for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 29 Aug 2016